UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>) Criminal No. 25-10455-RGS<br>DAVID EBRAHIMZADEH, )<br>)<br>Defendant )<br>) | |

**REPORT IN LIEU OF INITIAL STATUS CONFERENCE**
**PURSUANT TO LOCAL RULE 116.5(a)**

January 21, 2026

Hennessy, M.J.

Defendant is charged in an indictment with one count of Bank Fraud, in violation of 18 U.S.C. § 1344; two counts of Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. §§ 1343 and 3293(2); one count of Wire Fraud, in violation of 18 U.S.C. § 1343; and, two counts of Procuring the Filing of a False Tax Return, in violation of 26 U.S.C. § 7206(2). Defendant was arraigned in person on December 12, 2025. I scheduled an initial status conference for January 23, 2026; however, prior to the conference the parties filed a joint memorandum on the basis of which I cancel the conference and report as follows:

**Local Rule 116.5(a)(1) through (4)**

The United States is in the process of producing automatic discovery, including 2.1 million bates-stamped electronic pages and 14,000 bates-stamped conventional pages of discovery. It

anticipates producing additional discovery. There are no pending discovery requests. Defendant needs time to review discovery. The Court entered a protective order on January 16, 2026.

**Local Rule 116.5(a)(5)**

Defendant shall report whether he intends to file pretrial motions pursuant to Fed. R. Crim. P. 12(b) following Defendant's review of discovery.

**Local Rule 116.5(a)(6)**

The parties propose that the government's expert disclosures, if any, shall be due twenty-one (21) days before trial and Defendant's expert disclosures, if any, shall be due fourteen (14) days before trial. I adopt this proposal.

**Local Rule 116.5(a)(7)**

The Court has excluded the period from December 12, 2025 (the date of Defendant's arraignment), through January 23, 2026 (the date of the Initial Status Conference). The parties agree that the period from January 23, 2026, through the Interim Status Conference that I have set for March 19, 2026, should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that zero days are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on March 19, 2026, at 9:30 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties file a joint memorandum which addresses excludable time and Local Rule 116.5(b), the Court will cancel the Interim Status Conference. Otherwise, counsel shall appear by telephone and shall contact my Courtroom Clerk Dawn King, (508.929.9905 or

Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

                                                  / s / David H. Hennessy
                                                  David H. Hennessy
                                                  United States Magistrate Judge