UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID EBRAHIMZADEH, )<br>)<br>)<br>Defendant )<br>)<br>_____) | Criminal No. 25-cr-10455-RGS |

**REPORT IN LIEU OF INTERIM STATUS CONFERENCE**

March 13, 2026

Kelley, M.J.

Defendant had an interim status conference scheduled for March 19, 2026, in Worcester. However, before the conference, the parties filed a joint status report which obviates the need for the status conference. Accordingly, I cancel the conference and report as follows:

**Local Rule 116.5(b)(1) through (4)**

The United States has produced automatic discovery. Discovery is ongoing. There are no pending discovery requests. Defendant needs time to review discovery. A protective order has been entered in this case (#32). Defense counsel requires additional time before making further discovery requests.

**Local Rule 116.5(b)(5)**

Defendant shall report whether he intends to file pretrial motions pursuant to Fed. R. Crim. P. 12(b) at the final status conference.

**Local Rule 116.5(b)(6)**

The government will provide expert disclosures 21 days before trial and the defendant, 14 days.

**Local Rule 116.5(b)(7)**

The Defendant has not determined whether he will raise defenses of insanity, public authority, or alibi.

**Local Rule 116.5 (b) (8)**

All time has been excluded from the date of the Defendant's arraignment to the date of the interim status conference on March 19, 2026. The parties agree that the period from March 19, 2026, through the Further Interim Status Conference that is set for April 28, 2026, should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order.

**Local Rule 116.5(b)(9)**

The parties have not engaged in plea discussions and a trial would take approximately two weeks.

**Local Rule 116.5(b)(10)**

A Further Interim Status Conference will take place in this case on Tuesday, April 28, 2026, at 9:45 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  Counsel shall appear by telephone and shall contact my Courtroom

Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

.

                 / s /Page Kelley
                Page Kelley
                United States Magistrate Judge